■ In the Matter of NIAGARA COUNTY PROBATION DEPART-MENT, Respondent, v DENISE FERRO, Appellant. [886 NYS2d 64]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered May 8, 2007 in a proceeding pursuant to Family Court Act article 4. The order, among other things, adjudged that respondent willfully failed to obey a child support order and committed her to the Niagara County Jail for a term of six months.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.

■ In the Matter of JOY L. HERRINGTON, Appellant, v ORLIN L. AMES, Respondent. [886 NYS2d 64]—Appeal from an order of the Family Court, Steuben County (Marianne Furfure, J.), entered September 30, 2008 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded sole custody and primary placement of the subject children to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.

■ In the Matter of JOSEPH R. CANZONERI, Appellant, v GINA CANZONERI, Respondent. [886 NYS2d 64]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered April 30, 2008 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of petitioner to the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.